

**FILED**

12/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0636

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0636

_____

A.O.

      Petitioner and Appellee,

v.

FREDERICK J. KEITEL, III,

      Respondent and Appellant.

O R D E R

_____

    Upon consideration of Appellant's motion for and extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant has until January 15, 2025, to prepare, file, and serve the opening brief.

    Dated this 9 day of December, 2024.

                    For the Court,

                    _____
                        Chief Justice

**FILED**

DEC - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana